1014

*In the Matter of the Detention of* LENIER RENE AYERS,
*Appellant.*

*In the Matter of the Personal Restraint of* LENIER RENE
AYERS, *Petitioner.*

Appeal from a judgment of the Superior Court for Clark County, No. 01-2-00713-4, John F. Nichols, J., entered June 11, 2008, together with a petition for relief from personal restraint. Judgment *remanded* and petition *denied* by unpublished opinion per Bridgewater, J.; concurred in by Penoyar, A.C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. PETER KEVIN
WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-1-00107-3, M. Karlynn Haberly, J., entered July 11, 2008. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. LYNN JANELL
BELCHER, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00219-0, Nelson E. Hunt, J., entered September 10, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.